UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALIA D.,[1]

       Plaintiff,

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

       Defendant.

**ORDER**
Civil File No. 21-cv-366 (MJD/LIB)

Edward C. Olson, Disability Attorneys of Minnesota, Minneapolis, MN and Karl E. Osterhout, Osterhout Disability Law, Oakmont, PA, Counsel for Plaintiff.

Michael Moss, Office of the General Counsel, Social Security Administration, Dallas, TX, Counsel for Defendant.

       The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated July 27, 2022. Plaintiff filed objections to the Report and Recommendation.

       Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions.

1

Court adopts the Report and Recommendation of United States Magistrate Judge Brisbois.  The Court overrules Plaintiff's objections.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated July 27, 2022.  **(Doc. 31.)**

2. Plaintiff's Motion for Summary Judgment **(Doc. 26)** is **DENIED**.

3. Defendant's Motion for Summary Judgment **(Doc. 29)** is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 29, 2022            s/Michael J. Davis
                                   Michael J. Davis
                                   United States District Court